IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC ACTION NO. |
| v. | ) | 2:09mc03470-MHT |
| | ) | (WO) |
| KWANTRICE M. THORNTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of respondent Hewlett-Packard Company's answer (doc. no. 10) asserting that it neither employs, nor possesses any assets belonging to, the defendant Kwantrice M. Thornton, it is ORDERED that plaintiff United States of America show cause, if any there be, in writing by March 31, 2010, as to why the writ of execution (doc. no. 6) should not be dissolved and this miscellaneous action dismissed.

DONE, this the 18th day of March, 2010.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE